NO. 07-04-0001-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 10, 2004

______________________________

BETTY ANN NEWBY, APPELLANT

V.

SHERIA EVANS, INDIVIDUALLY AND AS ADMINISTRATRIX

OF THE ESTATE OF GEORGE RALPH NEWBY, JR., DECEASED, APPELLEE

_________________________________

FROM THE 84TH DISTRICT COURT OF HUTCHINSON COUNTY;

NO. 34,142; HONORABLE JACK YOUNG, JUDGE

_______________________________

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

MEMORANDUM OPINION

On January 2, 2004, the clerk of this court received a copy of a Notice of Appeal  filed on behalf of appellant, Betty Ann Newby.  By letter dated May 20, 2004, the clerk advised appellant that the trial court clerk had advised this Court that arrangements had not been made for payment of the trial court clerk’s record
.
  The appellant was directed to provide this Court with proof that the record was either paid for or satisfactory arrangements had been made by June 2, 2004.  

No response to the appellate clerk’s letter of May 20, 2004 has been received, therefore, this appeal is dismissed.  
See
 Tex. R. App. P. 37.3(b) 

 

Phil Johnson

Chief Justice